J-S30032-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| DONALD TROUTMAN, | |
| Appellant | No. 1669 WDA 2017 |

Appeal from the PCRA Order October 19, 2017
In the Court of Common Pleas of Allegheny County
Criminal Division at No(s):  CP-02-CR-0004416-2007

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| DONALD TROUTMAN, | |
| Appellant | No. 1699 WDA 2017 |

Appeal from the Order November 6, 2017
In the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0004416-2007

BEFORE:  BENDER, P.J.E., STABILE, J., and STRASSBURGER, J.[*]

DISSENTING MEMORANDUM BY BENDER, P.J.E.:     **FILED JUNE 07, 2018**

I respectfully dissent.  The post-conviction court states in its opinion,

"This court has conducted an additional review of the PCRA petition and would

---

[*] Retired Senior Judge assigned to the Superior Court.

request that in light of **Commonwealth v. Muniz**, 164 A.3d 1189 (2017)[,] … the matter be remanded for further consideration." PCRA Court Opinion, 1/24/18, at 1 (single page). I can see no reason not to comply with the trial court's request for a remand for further consideration.